# EXHIBIT 2

*FROM THE OFFICE OF THE*

FAMILY AND CONSUMER LAW CENTER

[illegible]

CLAUDE F. LEFEBVRE
CHRISTOPHER M. LEFEBVRE, P.C.

*ATTORNEYS & COUNSELORS AT LAW*

July 3, 2006

Argent Mortgage Company, LLC
3 Park Plaza
Irvine, CA 92614

**Re: Notice of Rescission by Charles C. Moss of 186 Lowell Ave.,Providence, RI 02909, Loan Number: 0058641119, Closing Date: 05/26/2004**

To Whom It May Concern:

I represent Charles C. Moss concerning the mortgage loan transaction he entered into with Argent Mortgage Company, LLC on May 26, 2004. Please be advised that I have been authorized by my client to rescind that transaction and hereby exercise that right pursuant to the Federal Truth In Lending Act, 15 U.S.C. Section 1635 and Regulation Z, Section 226.23.

The primary basis for the rescission is that Mr. Moss was given incomplete notices of his right to cancel, therefore, inaccurate notices of his right to cancel the above consumer credit contract, in violation of 15 U.S.C. Section 1635(a) and Regulation Z, Sections 226.17 and 226.23.

The security interest held by Argent Mortgage Company, LLC on the Moss' property located at 186 Lowell Ave.,Providence, RI is void as of this rescission. Pursuant to Regulation Z, you have twenty days after receipt of this Notice of Rescission to return to my client all monies paid and to take action necessary and appropriate to terminate the security interest.

**Very truly yours,**
**Charles C. Moss,**
**By his Attorney,**

**Christopher M. Lefebvre**
**P. O. Box 479**
**Pawtucket, RI 02862**

**CERTIFIED MAIL-RETURN RECEIPT REQUESTED**

cc: **Charles C. Moss**