# EXHIBIT 4

*FROM THE OFFICE OF THE*

FAMILY AND CONSUMER LAW CENTER

*WWW.RICONSUMERLAW.COM*

CLAUDE F. LEFEBVRE
CHRISTOPHER M. LEFEBVRE, P.C.

*ATTORNEYS & COUNSELORS AT LAW*

June 19, 2006

Argent Mortgage Company, LLC
3 Park Plaza
Irvine, CA 92614

**Re: Notice of Rescission by Herbert J. Graf, Jr., 20 Grove Ave., Cranston, RI 02910, Loan Number: 0059665091, Closing Date 07/01/2004.**

To Whom It May Concern:

I represent Herbert J. Graf, Jr. concerning the mortgage loan transaction he and his wife entered into with Argent Mortgage Company on July 1, 2004. Please be advised that I have been authorized by my client to rescind that transaction and hereby exercise that right pursuant to the Federal Truth In Lending Act, 15 U.S.C. Section 1635 and Regulation Z, Section 226.23.

The primary basis for the rescission is that Mr. Graf was given incomplete and therefore, inaccurate notices of his right to cancel the above consumer credit contract, in violation of 15 U.S.C. Section 1635(a) and Regulation Z, Sections 226.17 and 226.23.

The security interest held by Argent Mortgage Company on the Graf's property located at 20 Grove Ave., Cranston, RI is void as of this rescission. Pursuant to Regulation Z, you have twenty days after receipt of this Notice of Rescission to return to my client all monies paid and to take action necessary and appropriate to terminate the security interest.

**Very truly yours,**
**Herbert J. Graf, Jr.,**
**By his Attorney,**

**Christopher M. Lefebvre**
**P. O. Box 479**
**Pawtucket, RI 02862**

cc: Herbert J. Graf, Jr.