**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

CHARLES C. MOSS, HERBERT J. GRAF, JR., THOMASINA L. TURNER AND LAURIE NEGRI,
Plaintiffs,

v.

ARGENT MORTGAGE COMPANY, LLC,
Defendant.

C.A. No. 06-CA-389-A

**ASSENTED TO MOTION TO ENLARGE TIME TO RESPOND TO THE COMPLAINT**

Pursuant to Rule 6(b) of the Federal Rules of Civil Procedure, defendant Argent Mortgage Company, LLC ("Argent") respectfully requests that the Court enlarge the time within which it may answer or otherwise respond to plaintiffs' Complaint ("Complaint") up through and including October 20, 2006. As grounds for the motion, Argent states:

Defendant Argent's response to the Complaint is currently due on September 20, 2006.

Plaintiffs' counsel agreed to extend the time by which Argent was to answer or otherwise respond to the Complaint.

This action has been designated as a "tag-along" action and is thus subject to a conditional transfer order ("CTO-1") to the U.S. District Court for the Northern District of Illinois (Hon. Marvin E. Aspen) in the MDL proceeding styled as In re Ameriquest Mortgage Co. Mortgage Lending Practices Litigation, MDL-1715. The action is not yet the subject of a final transfer order.

To permit it sufficient time to answer or otherwise respond to the Complaint, Argent seeks to extend the period in which it may do so up to and including October 20, 2006.

Plaintiffs' counsel has assented to this motion.

WHEREFORE, defendant Argent Mortgage Company, LLC respectfully requests that the Court enlarge the time within which it may answer or otherwise respond to the Complaint up through and including October 20, 2006.

ARGENT MORTGAGE COMPANY, LLC

By Its Attorneys,

PARTRIDGE SNOW & HAHN LLP

/s/ Steven E. Snow
Steven E. Snow (#1774)
180 South Main Street
Providence, RI 02903
(401) 861-8200
(401) 861-8210 FAX
ses@psh.com

DATED: September 20, 2006

**CERTIFICATE OF SERVICE**

I hereby certify that on the 20th day of September, 2006, I electronically filed the ASSENTED TO MOTION TO ENLARGE TIME TO RESPOND TO THE COMPLAINT with the Clerk of the United States District Court for the District of Rhode Island using the CM/ECF System. The following participants have received notice electronically:

Christopher M. Lefebvre, Esq.
Claude Lefebvre, Esq.

/s/ Steven E. Snow

877143_1/7511-12