# UNITED STATES DISTRICT COURT
# DISTRICT OF RHODE ISLAND

| | |
|---|---|
| CHARLES C. MOSS, HERBERT J. GRAF, JR., THOMASINA L. TURNER AND LAURIE NEGRI,<br>Plaintiffs,<br><br>v.<br><br>ARGENT MORTGAGE COMPANY, LLC,<br>Defendant. | C.A. No. 06-389-A |

## CORPORATE DISCLOSURE STATEMENT OF ARGENT MORTGAGE COMPANY LLC

Pursuant to Fed. R. Civ. P. 7.1 Defendant Argent Mortgage Company LLC ("Argent") hereby discloses the following:

Argent is a wholly owned subsidiary of ACC Capital Holdings Corporation and there is no publicly held company that owns 10% or more of Argent's stock.

AMERIQUEST MORTGAGE COMPANY,

By its attorneys,

PARTRIDGE SNOW & HAHN LLP

/s/ Carolyn P. Medina (#7109)______

Steven E. Snow (#1774) (ses@phs.com)
Carolyn P. Medina (#7109) (cpm@phs.com)
180 South Main Street
Providence, RI 02903
(401) 861-8200
(401) 861-8210 (facsimile)

*Of counsel:*
R. Bruce Allensworth (BBO # 015820)
Irene C. Freidel (BBO # 559051)
Sarah C. Kellogg (BBO # 637530)
Eileen E. Pott (BBO # 662350)
KIRKPATRICK & LOCKHART
NICHOLSON GRAHAM LLP
State Street Financial Center
One Lincoln Street
Boston, MA 02111-2950
(617) 261-3100
epott@klng.com

Dated: October 10, 2006

**CERTIFICATE OF SERVICE**

I hereby certify that this document, filed on October 10, 2006 through the ECF system, will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF), as follows:

Christopher M. Lefebvre (Bar No. 4019)
Claude Lefebvre, Christopher Lefebvre, P.C.
P.O. Box 479
Pawtucket, RI 02862

/s/ Carolyn P. Medina (#7109)____
Carolyn P. Medina

879871_1/3922-4