# EXHIBIT C

*From the Office of the*
FAMILY AND CONSUMER LAW CENTER
*[illegible]*
CLAUDE F. LEFEBVRE
CHRISTOPHER M. LEFEBVRE, P.C.
*Attorneys & Counselors at Law*

June 19, 2006

Argent Mortgage Company, LLC
3 Park Plaza
Irvine, CA 92614

**Re: Notice of Rescission by Thomasina L. Turner of 427 Orms Street, Providence, R.I. Loan Number: 0055837777, Closing Date 02/12/2004.**

*To Whom It May Concern:*

I represent Thomasina L. Turner concerning the mortgage loan transaction she and Ervin L. Hayes entered into with Argent Mortgage Company on February 12, 2004. Please be advised that I have been authorized by my client to rescind that transaction and hereby exercise that right pursuant to the Federal Truth In Lending Act, *15 U.S.C. Section* 1635 and Regulation Z, Section 226.23.

The primary basis for the rescission is that Mrs. Turner was not provided with any material disclosures in the above consumer credit contract, in violation of 15 U.S.C. Section 1635(a) and Regulation Z, Sections 226.17 and 226.23.

The security interest held by Argent Mortgage Company on the Turner's property located at 427 Orms Street, Providence, R.I is void as of this rescission. Pursuant to Regulation Z, you have twenty days after receipt of this Notice of Rescission to return to my client all monies paid and to take action necessary and appropriate to terminate the security interest.

**Very truly yours,**
**Thomasina L. Turner,**
**By her Attorney,**

**Christopher M. Lefebvre**
**P. O. Box 479**
**Pawtucket, RI 02862**

cc: Thomasina L. Turner