# EXHIBIT D

*FROM THE OFFICE OF THE*

FAMILY AND CONSUMER LAW CENTER

[illegible]

CLAUDE F. LEFEBVRE
CHRISTOPHER M. LEFEBVRE, P.C.

[illegible]

June 2[illegible], 2006

Argent Mortgage Company, LLC
3 Park Plaza
Irvine, CA 92614

**Re: Notice of Rescission by Laurie Negri of 30 Villa Avenue, Warwick, RI 02886, Loan Number: 0054007190, Closing Date: 12/16/2003**

To Whom It May Concern:

I represent Laurie Negri concerning the mortgage loan transaction she and her husband entered into with Argent Mortgage Company, LLC on December 16, 2003. Please be advised that I have been authorized by my client to rescind that transaction and hereby exercise that right pursuant to the Federal Truth In Lending Act, 15 U.S.C. Section 1635 and Regulation Z, Section 226.23.

The primary basis for the rescission is that Mrs. Negri was given incomplete and materially confusing notices of her right to cancel, therefore, inaccurate notices of her right to cancel the above consumer credit contract, in violation of 15 U.S.C. Section 1635(a) and Regulation Z, Sections 226.17 and 226.23.

The security interest held by Argent Mortgage Company, LLC on the Negri's property located at 30 Villa Avenue, Warwick, RI is void as of this rescission. Pursuant to Regulation Z, you have twenty days after receipt of this Notice of Rescission to return to my client all monies paid and to take action necessary and appropriate to terminate the security interest.

Very truly yours,
Laurie Negri ,
By her Attorney,

Christopher M. Lefebvre
*P. O. Box 479*
Pawtucket, RI 02862

**CERTIFIED MAIL-RETURN RECEIPT REQUESTED**

cc: Laurie Negri